```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:02-CR-00492-LKK-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) Motion to Dismiss Information |
| AMBARTSUM AKOPIAN, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the information filed on October 31, 2002 against Ambartsum Akopian in the above-captioned action.

The government moves for this dismissal in light of the passage of time and an assessment of the available evidence. It appears from a review of the docket that a notice to appear was issued to the defendant for an arraignment on November 14, 2002. The hearing was continued to February 6, 2003 according to the docket, but the defendant did not appear and no further court action was taken on the case. Although it appears the defendant was aware of the

1

proceedings, he never appeared in court after November 2002. In addition, the government has done a review of the evidence still available to pursue and prosecute this individual and concluded that there is insufficient evidence to proceed at this time.

Accordingly, the government respectfully requests that the Court dismiss the indictment against Ambartsum Akopian.

LAWRENCE G. BROWN
Acting United States Attorney

Date: April 10, 2009     /s/ Laura L. Ferris
                      By: LAURA L. FERRIS
                          Assistant United States Attorney

ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the information filed against Ambartsum Akopian, on October 31, 2002, be and is hereby dismissed.

IT IS SO ORDERED.

DATED: April 13, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT